IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMIKA LANGLEY : | |
|     Plaintiff, : | |
| v. : | CIVIL ACTION NO.: 18-5355 |
| RED ROSE, INC., d/b/a TEACH N' TUMBLE TOO : | |
|     and : | |
| RRS, INC., d/b/a TEACH N' TUMBLE TOO : | |
|     and : | |
| REGINA STOCKLEY : | |
|     Defendants. : | |

**FILED**
NOV - 5 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 5th day of November, 2019, upon consideration of Plaintiff's Petition for Counsel Fees and Costs, it is hereby **ORDERED** and **DECREED** that this Court's judgment in favor of Plaintiff (docket No. 10) and against Defendants Red Rose, Inc., d/b/a Teach N' Tumble Too, RRS, Inc., d/b/a Teach N' Tumble too and Regina Stockley, shall be supplemented and amended to include reasonable attorneys' fees and costs expended during the above-captioned litigation, hereby awarding **FINAL JUDGMENT** against Defendants for a total of **$69,596.81**, comprised of $13,650.00 in unpaid overtime compensation, $12,495.00 in backpay, $26,145.00 in liquidated damages, and $17,306.81 in reasonable attorneys' fees and costs.

_____
The Hon. Petrese B. Tucker, U.S.D.J.

ENT'D NOV 05 2019