# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIKA LANGLEY, | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5355 |
| | : | |
| RED ROSE, INC, | : | |
| d/b/a TEACH N' TUMBLE TOO et al, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __30__ day of October, 2020, upon consideration of Plaintiff's Motion to Compel Defendants' to Provide Post-judgment Discovery Requests (ECF 14), **IT IS HEREBY ORDERED AND DECREED** that this Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall provide full and complete responses to Plaintiff's post-judgment interrogatories within ten (10) days of the entry of this Order.

                                                            **BY THE COURT:**

                                                            /s/Petrese B. Tucker

                                                            **Hon. Petrese B. Tucker, U.S.D.J.**