Tamika Langley
223 Sanford Rd
Upper Darby, PA 19082
(267) 819-9835
sabihaab@icloud.com
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMIKA LANGLEY<br>　　　　Plaintiff<br><br>　　v.<br><br>RED ROSE, INC., d/b/a TEACH N' TUMBLE TOO<br>　and<br>RRS, INC., d/b/a TEACH N' TUMBLE TOO<br>　and<br>REGINA STOCKLEY<br>　　　　Defendants. | Civil Action No. 2:18-cv-05355 |

### ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT:

COMES NOW TAMIKA LANGLEY, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on November 5, 2019.

2) THAT Plaintiff was awarded the total amount of **$69,596.81** against Defendants RED ROSE, INC., d/b/a TEACH N' TUMBLE TOO, RRS, INC., d/b/a TEACH N' TUMBLE TOO, and REGINA STOCKLEY, jointly and severally.

3) THAT there have been no revivals since the entry of said judgment and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

4) TAMIKA LANGLEY, whose address is 223 Sanford Rd, Upper Darby, PA 19082, is the judgment creditor of record.

5) THAT the last address of record for RED ROSE, INC., d/b/a TEACH N' TUMBLE TOO, judgment debtor, is 611 Cedar Avenue, Yeadon, PA 19050.

6) THAT the last address of record for RRS, INC., d/b/a TEACH N' TUMBLE TOO, judgment debtor, is 6032 Woodland Ave, Philadelphia, PA 19142.

7) THAT the last address of record for REGINA STOCKLEY, judgment debtor, is c/o Red Rose, Inc., 611 Cedar Avenue, Yeadon, PA 19150.

8) THAT I, TAMIKA LANGLEY, judgment creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

9) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

10) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this __3__ day of __January__, 2022.

_____
TAMIKA LANGLEY
Judgment Creditor

Sworn and Subscribed to me this __3__ day of __January__, 2022.

_____
Notary Signature

(Notary Seal)

Commonwealth of Pennsylvania - Notary Seal
Scott A. Rovner, Notary Public
Delaware County
My Commission Expires   February 18, 2022
Commission Number   1141685

2