IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANGLEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **RED ROSE, INC. et al** | : | **NO.: 18-cv-5355** |

# O R D E R

**AND NOW**, this **4th** day of **AUGUST, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Petrese B. Tucker to the calendar of the Honorable R. Barclay Surrick for further proceedings.

**FOR THE COURT:**

**JUAN R. SÁNCHEZ**
**Chief Judge**

**ATTEST:**

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**