**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAMIKA LANGLEY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-5355 |
| RED ROSE, INC. d/b/a TEACH N' | : | |
| TUMBLE TOO *ET AL.* | : | |

**ORDER**[1]

**AND NOW**, this  29th  day of September, 2022, upon consideration of the *pro se* Motion of Judgment Creditor and Assignee James E. Shelton (*see* ECF No. 17) to Retroactively Amend Judgment to Correct Name of Defendant Regina Stockley (ECF No. 19), it is **ORDERED** that the Motion is **GRANTED** pursuant to Fed. R. Civ. P. 60(a).[2]

**IT IS FURTHER ORDERED** that the Order and Final Judgment entered November 5, 2019 (ECF No. 13) shall be **AMENDED** to replace all references to "Regina Stockley" with the following: "Regina Stockley, a/k/a Regina Stockley-Fields, a/k/a Regina R. Fields." This amendment shall be effective *nunc pro tunc* as of November 5, 2019.

**IT IS SO ORDERED**.

BY THE COURT:

/s/
**HON. R. BARCLAY SURRICK**

---

[1] On August 4, 2022, this case was transferred to the undersigned from the docket of the Hon. Petrese B. Tucker. (ECF No. 20.)

[2] "Rule 60(a) permits the correction of clerical mistakes in judgments, orders, or other parts of the record as well as the correction of errors arising from oversight or omission," whether the mistake or oversight is attributable to the clerk of court or a party. 11 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 2854 (3d ed. April 2022 Update). Corrections permitted under Rule 60(a) may be made at any time, either on motion or *sua sponte*. *Id.* Among the matters correctible under Rule 60(a) are misnomers as to a party. *Id.* at § 2855 (collecting cases).