# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIKA LANGLEY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-5355 |
| RED ROSE, INC. d/b/a TEACH N' TUMBLE TOO *ET AL.* | : : | |

## ORDER[1]

**AND NOW**, this  29th  day of September, 2022, upon consideration of the *pro se* Motion of Judgment Creditor and Assignee James E. Shelton (*see* ECF No. 17) for Permission to Use ECF/EFiling (ECF No. 18), it is **ORDERED** that in accordance with Local Civil Rule 5.1.2, subsection 4(b), the Motion is **GRANTED** with respect to this case only.  The Clerk of Court is **DIRECTED** to provide Mr. Shelton access to the ECF system as a filing user upon his completion of any necessary forms and submission of all required information.

**IT IS SO ORDERED**.

BY THE COURT:


 /s/ R. Barclay Surrick
**HON. R. BARCLAY SURRICK**

---

[1] On August 4, 2022, this case was transferred to the undersigned from the docket of the Hon. Petrese B. Tucker.  (ECF No. 20.)