**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tamika Langley<br><br>                          Plaintiff,<br><br>        v.<br><br>Red Rose, Inc., RRS, Inc. and Regina<br>Stockley<br>                          Defendants.<br><br><br>James E. Shelton<br><br><br>            Judgment Assignee of Record | Case No. 2:18-cv-05355 |

**<u>ENTRY OF APPEARANCE</u>**

Kindly enter my appearance as attorney for James E. Shelton, Assignee of Record, in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 26, 2024.

<u>/s/ Andrew Roman Perrong</u>
Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com


*Attorney for Plaintiff*

## <u>**CERTIFICATE OF SERVICE**</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically send a

copy to all attorneys of record on the case.

January 26, 2024

*/s/ Andrew Roman Perrong*